**Order entered January 24, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01057-CR
### No. 05-19-01059-CR

**TAVARIO JERMAINE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause Nos. 001-87850-2018, 001-87851-2018**

## ORDER

Before the Court are appellant's January 21, 2020 second motions to extend time to file appellant's brief(s). We **GRANT** the motions and **ORDER** appellant's brief(s) filed on or before **February 21, 2020**. We caution appellant that further requests for extension of time are disfavored.

/s/  BILL PEDERSEN, III
JUSTICE